**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-61504-RS**

GARFIELD SPENCE,

    Plaintiff,

v.

ARSC, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

This matter is before the Court upon Plaintiff's Notice of Dismissal with Prejudice [DE 10]. Accordingly, it is hereby,

    **ORDERED** that:

    1.    This matter is **DISMISSED with prejudice**.

    2.    All pending motions are **DENIED as moot**.

    3.    Each party shall bear its own attorneys' fees and costs.

    4.    This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of November, 2023.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record